NELLIE GROVES, Respondent, *v.* S. WANDER & SONS' CHEMICAL CO., INC., Appellant.

*Negligence — injury from explosion of can of chlorinated lime — when manufacturer liable.*

*Groves* v. *Wander & Sons' Chemical Co., Inc.,* 192 App. Div. 948, affirmed.

(Submitted December 8, 1921; decided January 10, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 26, 1920, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover

for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.   The injuries were sustained by her when opening a can of chlorinated lime manufactured and put on the market by the defendant due to the explosion of the can and the resultant damages caused by chlorinated lime being thrown in the plaintiff's eyes by the force of such explosion.

   *Frederick W. Catlin* and *Norman G. Hewitt* for appellant.
   *George W. O'Brien* for respondent.

   Judgment affirmed, with costs; no opinion.
   Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.